# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:08CR00221-001 SWW

JONATHAN J. MARKS

### ORDER OF DISMISSAL

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion [doc #23] be, and it hereby is **granted**, and the indictment pending against defendant Jonathan J. Marks, in the above case, hereby is dismissed without prejudice.

IT IS FURTHER ORDERED that all remaining pending motions as to this defendant be terminated.

DATED this 20th day of October 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE